GAS 245D   (Rev. 06/21) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Bradford Ray Chappell | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:   2:19CR00004-1<br><br>USM Number:   51496-018<br><br>Whitney Lauren Johnson<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from any unlawful use of controlled substances (mandatory condition). | October 8 2020 |
| 2 | The defendant failed to refrain from any unlawful use of controlled substances (mandatory condition). | April 22, 2021 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in Page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 1913

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:

Savannah, Georgia

July 19, 2022
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

July 22, 2022
Date

GAS 245D  Case 2:19-cr-00004-LGW-BWC   Document 31   Filed 07/22/22   Page 2 of 3
(Rev. 06/21) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT: Bradford Ray Chappell
CASE NUMBER: 2:19CR00004-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant failed to refrain from any unlawful use of controlled substances (mandatory condition). | June 24, 2021 |
| 4 | The defendant failed to refrain from any unlawful use of controlled substances (mandatory condition). | September 17, 2021 |
| 5 | The defendant failed to refrain from any unlawful use of controlled substances (mandatory condition). | March 25, 2022 |

DEFENDANT: Bradford Ray Chappell
CASE NUMBER: 2:19CR00004-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>11 months.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
It is strongly recommended that the defendant be evaluated by Bureau of Prisons officials to establish his participation in an appropriate program of substance abuse treatment and counseling during his term of incarceration. Designation to the federal facility in Jesup, Georgia, is recommended so that the defendant may be close to his Georgia family. It is further recommended that the defendant be given credit for all time served since his arrest for the instant violation on May 21, 2022.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL